LEGAL MAIL PROVIDED TO
COLUMBIA CORRECTIONAL INSTITUTION
ON __10/1/24__ (DATE) FOR MAILING
STAFF INITIAL __ / I/M INITIAL

OCT 15 2024 PM 1:48
FILED - USDC - FLMD - JAX

United States District Court
Middle District of Florida
Jacksonville, Division

John S. Gay,
    Plaintiff,           Case No: 3:24-cv-959-TJC-LLL

v.

Centurion Health, ET AL;
RN. Kaylee Scott, Centurion, medical staff;
RN. John HRICZ, Centurion, medical staff;
    Defendants

## Motion To the Court

Plaintiff, must show Cause; To the Honorable, United States, Magistrate, Judge.

Plaintiff, gives full respect, TO:
    Honorable, Judge, LAURA Lothman Lambert.

    Plaintiff, who is pro-se, initiated this action on September 11, 2024 (mailbox-rule), by filing a complaint for Violation of Civil Rights.

    Plaintiff, as pro-se, with full respect, and under oath, states the Plaintiff's, statements to be true and correct to the best of his knowledge;

    Plaintiff, has no schooling 'education' from not completing high school; Has none at all 'education' on anything at all about the Law's

has to depend on law library books, which he doesn't really understand the law's. Cannot use a computer at all, does not have the knowledge of even truning one on. 'we do not have a head staff member, on duty at all times. Always have substituites, and it's very hard to get a call-out to the law library. IT takes weeks. 'we also only have 'one' certified law clerk. For over 2,500 Inmates. impossible to get any assistance on His pro-se-Law suit.

pro-se, plaintiff, is also a Hearing Inpaired and vision Inpaired, also a 'mental Health Inmate, who was one on the streets before plaintiff, ever come to prison, which the plaintiff; receives a check, from the court each from mental Health, court ordered and Leagly Documented and is Documented to be on many mental Health, medication's while in prison, with twice a 'month conuseling. Still on 'stroke medications, High B/p meds 200/107 AT ALL time's, plaintiff, is in serious physical-N-speech therapy, Daily, for years now to try to recoved from (2) two critical strokes, which is Documented clearly in medical

continue→

Records, and on pro-se. 1983-and witness's from many F.D.O.C. offical officers with their own statements for court trial or by Judge, condition of stroke's were cause's by (2) two LAM RN'S For (2) two full day's without any at all medical care treatment, which put the plaintiff, in the serious stroke condition He is still in today, fighting to stay alive, (2) two years later, still many surgeries physical, body, and throat, This is the main reason the plaintiff, is having trouble reading the Legal Documents, trying to see and understand the questions that are asked for the plaintiff. to answer for the court. last thing here plaintiff, over the (2) full years has tryed so hard to get an attorney, more than many, which all in return stated clearly plaintiff does have a real good case for court. But at the time our cap____, is full try back in a few months. plaintiff, was never told once in the law-library, that he had to tell the honorable court he was filing in the state court and also the federal court. (1) law clerk, many workers not law clerks. Knowing nothing about the law.

continue→

plaintiff, filed in the state court without understanding the question which was stated are you filing in any other courts. Does not read well. Plaintiff, under oath, states He has never once filed any other law suit against anyone in prison, or even in His life on the outside. Plaintiff, does admitt, to having a civil Law suit at one time between 2022-N-2024. on the same Defendants. which was granted in a motion to dismiss without prejudice and start His case over. because a different Judge saw plaintiff did have a case. But needed to get it the right order for the court. federal court only at that time.

plaintiff, asking the court, carefully notice, that the plaintiff did not ever file any other case against anyone else while confinded in F.D.O.C. prison, Has checked all through His past pappers and Documents. For all the past and can not find anything with the case NO: 3:24-cv-wwB-J-T that he remember, If so please, dismiss this case without prejudice, and kindly send the plaintiff of some document to show him so it does not interfear. with His new §1983 civil Law suits.

Continue →

Please, once again with full respect to the court and Honorable Judge LAURA LOTHMAN LAMBERT, Dismiss the (PLRA) prison Litigation Reform Act- Dismiss it (without preJudice) under § 1915 For not submitting/or/ disclosing his litigation, History. The plaintiff, does ask the Honorable court Judge, To dismiss ALL wrong doing so he can keep His pro-se- § 1983 civil LAW suit in court at this time against all centurion LLC-medical which plaintiff. states. He does have a real good case at trial or Judge. with witness, many. pitcures of Critical Stroke condition, also Forged Documented by centurion LLC. RN'S

IF the plaintiff. is not allowed by the rules of the Federal court. To be able to file His pro-se- LAw suit in (2) two courts federal and state against Defendant's. please Dismiss the one in state court which is File, But. no case No: Yet given to the plaintiff, at this time. Yet? So it does not get the prose- case closed in the federal court: with Full- respect to the Honorable court Judge.

Continue→

plaintiff, with respect, taken to Hospital back on 11/14/22 - MRI - BRAIN - SCAN - showed plaintiff, with much (Distortion) (Documented) By MD's. lost of (throughts), seeing, things), hearing voices,) physical damage to (mind and Body.) mental Health Consel twice a month - because of the plaintiff, has serious Mood swings because of His two (2) critical strokes He's still Fighting to stay alive)

THE LAST THING THE PLAINTIFF, Would Like TO SUBMITT,
To: The Honorable court Judge:
LAURA, LOTHMAN, LAMBERT

A Thank you so Dearly, and a Real Big Blessing given to the pro-SE- plaintiff, not to close His case at this given time, and give the plaintiff to explain what He Just did in This Motion To cause, Explain what and why - He did not understand.
(you will find in the Cerificate of service,) under penalty of perlury per - 28. U.S.C. §1746: These statement given to the Honorable court Judge are True and Correct, To The Best of plaintiffs knowledge: Thank you: God: Bless -- continnue →

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury per. 28. U.S.C. § 1746; That a correct and True copy of the foregoing was sent by united States, first class mail- postage paid:

To: clerk of the court
Centurion Health, et.al.
RN. Kaylee Scott, centurion, medical, Annex.
RN. John HRICZ, centurion, medical Annex.

To: Be Delivered To ALL (3) Defendants And (1) copy for the clerk of court
Total of (4) copies

| mailing To: | Respectfully Submitted |
|---|---|
| united states District court middle District of Florida clerk of the court 300 North Hogan, street. Suite- 9-150 Jacksonville, FL. 32202-4271 | John S. Gay - John S. GAY 882614-P-2-49-S Columbia corr. Inst. Annex 216 SE. correctional way Lake city, FL. 32025 DATE: 10-7-2024 |